IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                                                              PLAINTIFF

v.                                          3:10CV00049JMM/JTK

CRAIGHEAD COUNTY JAIL, et al.                                                              DEFENDANTS

## ORDER

Plaintiff's application to proceed in forma pauperis (Doc. No. 1) is hereby GRANTED.

The Clerk is directed to prepare summons for the defendants, and the United States Marshal is directed to serve a copy of the summons and plaintiff's complaint on defendants, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 18th day of June, 2010.

_____
United States Magistrate Judge