## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                                                               PLAINTIFF

V.                            Case No. 3:10CV00049-JMM-JTK

CRAIGHEAD COUNTY JAIL, et al.                                                                 DEFENDANT

### ORDER

This matter is before the Court on the motion to dismiss filed by Defendant Craighead County Jail. (Doc. No. 22) As of this date, Plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of Plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 21st day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE