**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CLETIS WAYNE WILLIAMS                                                          PLAINTIFF

V.                      Case No. 3:10CV00049-JMM-JTK

CRAIGHEAD COUNTY JAIL, et al.                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this <u>22nd</u> day of <u>November</u>, 2010.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE