IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                               PLAINTIFF

V.                     NO. 3:10cv00049 JMM

FRENCH, et al                                                    DEFENDANTS

### ORDER

The above case appears ready to set for trial. The referral to Magistrate Judge Jerome T. Kearney will remain in effect for any pretrial matters.

Counsel is directed to file a pleading indicating the complete names of Defendants French, Taylor and Sain within 20 days of the date of this order.

Plaintiff is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED this 18th day of January, 2011.


UNITED STATES DISTRICT JUDGE