IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                                                    PLAINTIFF

Vs.                              CASE NO. 3:10cv00049 JMM/JTK

KYLE FRENCH (originally sued as French),                                          DEFENDANTS
JUSTIN TAYLOR (originally sued as Taylor) and
MARGIE SAIN (originally sued as Sain)

## ORDER

The complete names of the defendants having been provided, the Clerk is directed to change the style of the case to indicate the names as indicated above.

IT IS SO ORDERED THIS 11th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE