IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                                    PLAINTIFF

V.                              Case No. 3:10CV00049-JMM-JTK

KYLE FRENCH, et al.                                                      DEFENDANT

ORDER

Plaintiff shall file a response to Defendants' First Motion to Compel (Doc. No. 38) within ten (10) days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 11th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE