# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                                              PLAINTIFF

V.                          Case No. 3:10CV00049-JMM-JTK

KYLE FRENCH, et al.                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 3rd day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE