# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CLETIS WAYNE WILLIAMS                                                                    PLAINTIFF

V.                              Case No. 3:10CV00049-JMM-JTK

KYLE FRENCH, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed without prejudice. The Clerk is directed to terminate the case.

IT IS SO ORDERED this 3rd day of October, 2011.

_____
James M. Moody
United States District Judge