# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CLETIS WAYNE WILLIAMS**                                                          **PLAINTIFF**

**V.**                                  **3:10CV00049 JMM**

**KYLE FRENCH, et al**                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 15th day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge